IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

WESTLEY WILBERFORCE WRIGHT,

    Petitioner,

    v.                                                           No. CV 11-910 RB/CG

ERIC HOLDER, et al.,

    Respondents.

## ORDER EXTENDING TIME IN WHICH TO FILE REPLY

       This matter is before the Court on Defendant's Unopposed Motion for Extension of Time in Which to File a Reply to Respondent's Amended United States' Response to Petition for Writ of Habeas Corpus (Doc. 15). The Court having reviewed Defendant's motion, and having been advised that Assistant U.S. Attorney Michael Pleters, does not oppose this motion; that this is the Petitioner's first request for an extension; the Court thus being fully advised in the premises finds that Petitioner's motion is well-taken and should be granted.

       IT IS HEREBY ORDERED that Defendant's Motion for Extension of Time to File Motions until February 27, 2012 be granted.

                                                       */s/ Carmen E. Garza*
                                                       THE HONORABLE CARMEN E. GARZA
                                                       UNITED STATES MAGISTRATE JUDGE

SUBMITTED BY:
Dennis J. Candelaria
Assistant Federal Public Defender