IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WESTLEY WILBERFORCE WRIGHT,

    Applicant,

v.                                                     No. CV 11-910 RB/CG

ERIC HOLDER, et al.,

    Respondents.

## ORDER

**THIS MATTER** comes before the Court on the parties' *Joint Status Report.* (Doc. 21). The parties state that Petitioner was indicted by a grand jury on March 13, 2012, charging him with failing to assist in his deportation in violation of 8 U.S.C. § 1253(a)(1)(B). (*Id.*). Petitioner is currently being held by the United States Marshals and is no longer in the custody of Immigration and Customs Enforcement. (*Id.*). As such, the parties jointly request that the instant habeas petition be held in abeyance until the criminal case is resolved. (*Id.*).

**IT IS THEREFORE ORDERED** that this case be held in abeyance until the conclusion of Petitioner's criminal case.

**IT IS FURTHER ORDERED** that the parties submit a joint status report to the Court upon the completion of Petitioner's criminal proceedings.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE